# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **John Gillepsie,** | ) | **CASE NO. 1:14 CV 2825** |
| | ) | |
| **Petitioner,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Ohio State Penitentiary,** | ) | **Judgment Entry** |
| | ) | |
| **Respondent.** | ) | |

This Court, having issued its Memorandum of Opinion and Order accepting the Report and Recommendation of Magistrate Judge James R. Knepp, II (Doc. 15), hereby denies the Petition for Writ of Habeas Corpus and enters judgment for respondent. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed.R.App.P. 22(b).

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 7/11/16